IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01777-EWN-MJW

COLORADO INTERSTATE GAS COMPANY, a Delaware corporation,

        Plaintiff,

v.

6.593 ACRES IN WELD COUNTY COLORADO;
STANLEY G. SALIMAN;
THE BELLE LIEBERMAN REVOCABLE TRUST, DAVID LEIBERMAN and TRUDY LEIBERMAN, TRUSTEES;
ESTATE OF SYLIVA RUBIN, BERTRAM RUBIN, Personal Representative;
ESTATE OF RUTH STRATHAM, CAROL SUE SCHEINBLATT, Personal Representative; and
ADDITIONAL UNKNOWN INTEREST OWNERS,

        Defendants.

## ORDER
(Docket No. 18)

Upon the Motion of Plaintiff for Leave to Amend Complaint and Add Party Defendant, the Court finds, for good cause shown that said Motion is granted.

IT IS THEREFORE ORDERED that Plaintiff may file its amended complaint, adding Lloyd Land, 12501 Riverdale Road, Brighton, Colorado 80602, as a defendant to the above-titled condemnation action within three (3) days of the date of this Order.

DATED this 24th day of October, 2006.

_____
~~United States District Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO