IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01777-BNB-MJW

COLORADO INTERSTATE GAS COMPANY, a Delaware corporation,

Plaintiff,

v.

3,284 ACRES IN WELD COUNTY COLORADO,
STANLEY G. SALIMAN,
THE BELLE LIEBERMAN REVOCABLE TRUST, DAVID LIEBERMAN AND TRUDY LIEBERMAN, TRUSTEES,
ESTATE OF SYLVIA RUBIN, BERTRAM RUBIN, personal representative
ESTATE OF RUTH STRATHAM, CAROL SUE SCHEINBLATT, personal representative,
LLOYD LAND, and
ADDITIONAL UNKNOWN INTEREST OWNERS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Stipulation of Dismissal of Case** [Doc. # 56, filed March 21, 2007] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

DATED March 22, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge