IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01777-BNB-MJW

COLORADO INTERSTATE GAS COMPANY, a Delaware corporation,

Plaintiff,

v.

6.593 ACRES IN WELD COUNTY COLORADO;
STANLEY G. SALIMAN;
THE BELLE LIEBERMAN REVOCABLE TRUST, DAVID LEIBERMAN and TRUDY LEIBERMAN, TRUSTEES;
ESTATE OF SYLIVA RUBIN, BERTRAM RUBIN, Personal Representative;
ESTATE OF RUTH STRATHAM, CAROL SUE SCHEINBLATT, Personal Representative;
LLOYD LAND;
and
ADDITIONAL UNKNOWN INTEREST OWNERS,

Defendants.

**PROPOSED ORDER AMENDING THE COURT'S ORDER ENTERED MARCH 22, 2007 AND DISMISSING ONLY PLAINTIFF'S CLAIMS AGAINST DEFENDANT LLOYD LAND WITHOUT PREJUDICE**

On April 4, 2007, Plaintiff filed an Unopposed Motion for Reconsideration of this Court's order entered March 22, 2007, dismissing all of Plaintiff's claims against all Defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). In its Motion for Reconsideration, Plaintiff requested this Court, in the interest of justice and pursuant to F.R.C.P 60(b)(6) and 71A(i)(2) and (4), to reconsider the Order, and either vacate its March 22, 2007 Order or amend the Order to dismiss this case only as to Defendant Lloyd Land, and without prejudice.

After review and consideration of Plaintiff's Unopposed Motion for Reconsideration of Dismissal Order, the Court finds, for good cause shown that said Motion should be granted and the Court having considered same and being duly advised, hereby finds that Unopposed Motion is meritorious and should therefore be GRANTED:

1

2

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT, this Court's Order entered on March 22, 2007, is hereby amended and modified pursuant to F.R.C.P. 60(b)(6) and 71A(i)(2) and (4), to dismiss only those claims against Defendant Lloyd Land, and without prejudice.

Done this 12th day of April, 2007.

_____
Boyd N. Boland
United States Magistrate Judge