# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01777-BNB-MJW

COLORADO INTERSTATE GAS COMPANY, a Delaware corporation,

                    Plaintiff,

v.

6.593 ACRES IN WELD COUNTY COLORADO;
STANLEY G. SALIMAN;
THE BELLE LIEBERMAN REVOCABLE TRUST, DAVID LEIBERMAN and
TRUDY LEIBERMAN, TRUSTEES;
ESTATE OF SYLIVA RUBIN, BERTRAM RUBIN, Personal Representative;
ESTATE OF RUTH STRATHAM, CAROL SUE SCHEINBLATT, Personal
Representative;
LLOYD LAND;
and
ADDITIONAL UNKNOWN INTEREST OWNERS,

                    Defendants.

## PROPOSED ORDER NOTICE OF DISMISSAL OF REMAINING DEFENDANTS

The court takes judicial notice that Plaintiff has filed a Notice of Dismissal in accordance with Fed. R. Civ. P. 71A(i)(1). No hearing has begun in this matter, and the Court is informed by affidavit that Plaintiff has not acquired title, a lesser interest or possession of property belonging to any of the dismissed defendants.

Having previously dismissed defendants, Stanley G. Saliman, The Belle Lieberman Revocable Trust, The Estate of Sylvia Rubin, The Estate of Ruth Stratham and Lloyd Land, this notice effectively dismisses all remaining defendants. Accordingly, the Court takes judicial notice that the complaint is dismissed without prejudice against all remaining defendants, namely 6.593 Acres in Weld County, Colorado, and Additional Unknown Interest Owners

1

DATED at Denver, Colorado, on April 16th, 2007.

BY THE COURT:

*/s/ Boyd N. Boland*
Boyd N. Boland
United States Magistrate Judge